

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00020-CV

Modesto **GARZA**,
Appellant

v.

The **STATE** of Texas for the Protection of K.F.,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI15443
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. No costs of appeal are taxed against appellant.

SIGNED May 28, 2025.

_____
Adrian A. Spears II, Justice